[No. 39489-8-II.   Division Two.   January 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SIDNEY MCDOWELL, *Appellant*.

*Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Quinn-Brintnall and Johanson, JJ.

[No. 39580-1-II.   Division Two.   January 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH W. BELL, *Appellant*.

*Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Grosse and Hunt, JJ.

[No. 39584-3-II.   Division Two.   January 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS GEORGE IHRIG III, *Appellant*.

*Affirmed* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.